UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GARY LA BARBERA, ET. AL.      ORDER OF DISMISSAL
    -against-      CV-04-2866 (DRH)

GREEN ART ENTERPRISES
DIVISION OKIN-WALLACK CORP

-----------------------------------------------------------------X

Plaintiffs' counsel having notified the Court that the case has settled,

IT IS HEREBY ORDERED that the case is dismissed without prejudice to reopen should settlement not be consummated.

The clerk is directed to close this case.

SO ORDERED.

                                           /s/
                                  DENIS R. HURLEY
                               United States District Judge

Dated: Central Islip, New York
        February 1, 2006